IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60822
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERRY INDIANA HARRIS, also
known as Gerri Harris,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:96-CR-59-B
- - - - - - - - - - -
October 23, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Gerry Indiana Harris appeals the district court's denial of

his motion to suppress evidence obtained pursuant to a consensual

search.  The district court did not commit clear error in finding

that the Government proved, by a preponderance of the evidence,

that Harris' consent was voluntary.  See United States v.

Gonzales, 79 F.3d 413, 419 (5th Cir.), cert. denied, 117 S. Ct.

183 (1996); United States v. Kelley, 981 F.2d 1464, 1470 (5th

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Cir. 1993). The district court did not commit clear error in holding that Harris' consent was to the search of his entire vehicle. See <u>United States v. McSween</u>, 53 F.3d 684, 688 (5th Cir. 1995).

AFFIRMED.